IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | :<br>:<br>:<br>:<br>:    **4:20-mj-00281-JJV-2**<br>:<br>:<br>v.                                                                    :<br>:<br>ALINE ESPINOSA-VILLEGAS,     :<br>:<br>Defendant.                                                  :<br>: |

**MOTION FOR SUBSTITUTION OF
APPOINTED COUNSEL UNDER THE
CRIMINAL JUSTICE ACT**

COMES NOW, Matthew Bender attorney for the University of Arkansas Legal Clinic, and hereby requests that this Court enter an order appointing him and the University of Arkansas Legal Clinic as counsel for Defendant, Aline Espinosa-Villegas, pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(b), in the above titled matter. Espinosa-Villegas is indigent and unable to pay costs for counsel, filing fees, and litigation costs. On December 17, 2020, the Court appointed Attorney David Parker as CJA counsel.

Mr. Bender bases his request for substitution of appointed counsel based on his relationship with Espinosa-Villegas, Mr. Bender and the Clinic's extensive knowledge of the case, his and other attorneys in the Legal Clinic's relationship with Espinosa-Villegas, the complexities of the case and collateral matters, and the expertise of attorneys in the University

1

of Arkansas Legal Clinic in federal criminal proceedings, including Associate Dean and Director of the Criminal Defense Clinic, Tiffany Murphy, who is a nationally recognized expert on constitutional issues with extensive prior experience litigating cases in other circuits and circuit courts of appeal. I, Ms. Murphy, and the other attorneys in the University of Arkansas Legal Clinic, have a familiarity with the factual and legal issues in this case.

Mr. Bender and the attorneys in the University of Arkansas Legal Clinic have established a relationship with Espinosa-Villegas during her detention, and begun extensively investigating and researching the case. Different counsel would cause unnecessary delay as they build an attorney-client relationship with Espinosa-Villegas, and potentially lengthen the case length and detention of Espinosa-Villegas. Mr. Bender and the attorneys of the University of Arkansas Legal Clinic are well qualified to provide effective assistance of counsel and their substitution of appointment is in the best interest of the client and judicial economy as described above. In accordance with 18 U.S.C. § 3006A(a), it is in the interest of justice that Counsel's motion to substitute as appointed be granted to allow Mr. Bender and the University of Arkansas Legal Clinic be counsel for Espinosa-Villegas.

Therefore, undersigned counsel requests this Court appoint him and the University of Arkansas Legal Clinic to represent Espinosa-Villegas in the above case.

Respectfully submitted,

/s/ Matthew Bender

Matthew Bender
Arkansas Bar No. 2014105
University of Arkansas
Law School Legal Clinic
1045 W. Maple Street
Fayetteville, AR 72701
(479) 575-3056

Dated: December 28, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Arkansas by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By: _____
Matthew Bender